UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>                                             )      Criminal No. 17-10332-NMG<br>EDWARD J. ABELL, III,              )<br>                                             )<br>                 Defendant           )<br>                                             )<br>_____) | |

## NOTICE OF INITIAL STATUS CONFERENCE

November 7, 2017

Hennessy, M.J.

     In this case, Defendant is charged in an indictment with five counts of Wire Fraud, in violation of 18 U.S.C. § 1343, one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), and two counts of Unlawful Monetary Transactions, in violation of 18 U.S.C. § 1957. Defendant was arraigned on November 7, 2017, and has elected to proceed under the automatic discovery rules. Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, December 15, 2017**. Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Tuesday, December 19, 2017 at 2:00 p.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. If the parties do not inform the court on or before **Friday, December 15, 2017** that there is no need for an initial status conference, then the parties must appear for the initial status conference either in person or by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, December 15, 2017**, counsel shall inform my Courtroom Clerk, Lisa Belpedio (508.929.9905 or Lisa_Belpedio@mad.uscourts.gov), as to whether they want the status conference conducted in person or by telephone. If they choose to appear by telephone, they shall provide their telephone contact information, which must be a landline telephone.

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a request by counsel.

3. <u>ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**</u>.

4. Counsel shall provide an estimate of when they believe this case will be ready to be transferred to District Judge Gorton.

<u> / s / David H. Hennessy</u>
David H. Hennessy
United States Magistrate Judge