# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No.: 17-10332-NMG** |
| ) | |
| **EDWARD J. ABELL, III,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through the undersigned Assistant United States Attorney, and the Defendant Edward J. Abell, III, by and through the undersigned counsel, respectfully request that the Court continue the currently scheduled status conference to a date convenient to the Court on or after April 19, 2018.

As grounds therefor, the parties state they were under the impression the Court had a conflict that prevented us from proceeding on the originally scheduled April 12, 2018 status date, and believed that the Court wished to move the conference to April 19, 2018. As a result of that understanding, counsel for the Defendant now has a conflict on April 12 and can no longer proceed on that date. Accordingly the parties jointly request the matter be continued to April 19, 2018 or a date after April 19, 2018 that is convenient to the Court.

Respectfully submitted,

ANDREW E. LELLING
Acting United States Attorney

Date: April 11, 2018   By:   /s/ *Jordi de Llano*
Jordi de Llano
Assistant United States Attorney

Date:  April 11, 2018          By:       /s/ *Peter Charles Horstmann*
                                         Peter Charles Horstmann
                                         BBO#556377
                                         LAW OFFICES OF PETER CHARLES HORSTMANN
                                         450 Lexington Street, Suite 101
                                         Newton, MA 02466
                                         Counsel for Edward J. Abell, III

## CERTIFICATE OF SERVICE

    I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: April 11, 2018                     /s/ *Jordi de Llano*
                                         Assistant United States Attorney